UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

     v.                              Case No. 12-cr-44-PB

<u>George McAlpin</u>

                            <u>**O R D E R**</u>

     The defendant has moved through counsel to continue the trial scheduled for June 5, 2012, citing the need for additional time to complete discovery and prepare for trial.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from June 5, 2012 to August 21, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 24, 2012 final pretrial conference is continued to July 31, 2012 at 3:45 p.m.

SO ORDERED.

<u>/s/Paul Barbadoro</u>  
Paul Barbadoro  
United States District Judge

April 24, 2012

cc: Behzad Mirhashem, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal