```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                          Case No. 12-cr-44-PB

<u>George McAlpin</u>

## O R D E R

The defendant has moved to continue the August 21, 2012 trial in the above case, citing the need for additional time to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to October 2, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 31, 2012 final pretrial conference is continued to September 25, 2012 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 24, 2012

cc: Behzad Mirbashem, Esq.
Helen Fitzgibbon, AUSA
United States Marshal
United States Probation